**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ARLEY MCCULLAR, et al.,

    Plaintiffs,

v.                                                               CV No. 19-03 SMV/CG

PECOS VALLEY OF NEW MEXICO, LLC,

    Defendant.

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** is before the Court *sua sponte* and following discussion with the parties at the April 2, 2019, initial scheduling conference. **IT IS HEREBY ORDERED** that the parties may submit briefing on the issue of whether Defendant was a qualified healthcare provider under the New Mexico Medical Malpractice Act as follows:

1. Defendant may file a motion on this issue by **July 9, 2019**;
2. Plaintiffs may file a response to the motion by **July 22, 2019**; and
3. Defendant may file a reply in support of the motion by **July 31, 2019**.

**IT IS SO ORDERED.**

                                                     _____
                                                   THE HONORABLE CARMEN E. GARZA
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE