IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARLEY MCCULLAR, et al.,

    Plaintiffs,

v.                                            CV No. 19-03 SMV/CG

PECOS VALLEY OF NEW MEXICO, LLC,

    Defendant.

## ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT

**THIS MATTER** is before the Court on *Plaintiffs' Unopposed Motion to Amend*, (Doc. 22), filed April 12, 2019. Plaintiffs request leave of Court to file an amended complaint that adds Daniel Good, M.D., as a Defendant, and state that no depositions have been taken and the addition of this Defendant should not affect the deadlines set by the Court. *Id.* at 1. Having reviewed the motion, noting that it is unopposed, and being otherwise fully advised, the Court Finds that the motion is well taken and should be **GRANTED**

    **IT IS THEREFORE ORDERED** that *Plaintiffs' Unopposed Motion to Amend*, (Doc. 22), is **GRANTED** and Plaintiffs shall file their first amended complaint by **April 22, 2019**.

                                            _____
                                            THE HONORABLE CARMEN E. GARZA
                                            CHIEF UNITED STATES MAGISTRATE JUDGE