**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ARLEY MCCULLAR, et al.,

       Plaintiffs,

v.                                    CV No. 19-03 SMV/CG

PECOS VALLEY OF NEW MEXICO, LLC,

       Defendant.

## <u>ORDER GRANTING UNOPPOSED MOTION TO EXTEND<br>DEADLINE TO FILE MOTION TO COMPEL</u>

**THIS MATTER** is before the Court on *Plaintiffs' Unopposed Motion for Extension to Extend Deadline to File a Motion to Compel Pursuant to Local Rule 26.6*, (Doc. 32), filed May 13, 2019. Plaintiffs ask for an extension of their deadline to file a motion to compel to June 7, 2019, to give Defendant time to supplement its discovery responses. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

      **IT IS THEREFORE ORDERED** that *Plaintiffs' Unopposed Motion for Extension to Extend Deadline to File a Motion to Compel Pursuant to Local Rule 26.6*, (Doc. 32), is **GRANTED**, and Plaintiffs' deadline to file a motion to compel is extended to **June 7, 2019**.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE