**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ARLEY MCCULLAR, et al.,

       Plaintiffs,

v.                                             CV No. 19-03 SMV/CG

PECOS VALLEY OF NEW MEXICO, LLC, et al.,

       Defendants.


**ORDER EXTENDING SCHEDULING ORDER DEADLINES**

      **THIS MATTER** is before the Court on the parties' *sua sponte* request at the June 4, 2019, status conference to extend their scheduling order deadlines. The Court will extend the parties' deadlines as follows:

1. Plaintiffs shall identify expert witnesses and provide expert reports by **July 19, 2019**.

2. Defendants shall identify expert witnesses and provide expert reports by **August 16, 2019**.

3. The termination date for discovery other than on the qualified healthcare provider issue is **September 30, 2019**.

4. Motions relating to discovery shall be filed by **October 7, 2019**.

5. Pretrial motions, other than those relating to discovery, shall be filed by **October 15, 2019**.

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiffs to Defendants on or before **November 15, 2019**; Defendants to the Court on or before **November 29, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE