**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ARLEY MCCULLAR, et al.,

      Plaintiffs,

v.                                                               CV No. 19-03 SMV/CG

PECOS VALLEY OF NEW MEXICO, LLC, et al.,

      Defendants.

## ORDER FOR EXPEDITED BRIEFING

**THIS MATTER** is before the Court on *Plaintiffs' Motion to Compel Insurance Policies*, (Doc. 38), filed June 4, 2019. **IT IS HEREBY ORDERED** that the parties shall submit expedited briefing on the motion as follows:

1. Defendants shall file a response to the motion no later than **Tuesday, June 11, 2019**;

2. Plaintiffs may file a reply in support of the motion by **Friday, June 14, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE