**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ARLEY MCCULLAR, et al.,

    Plaintiffs,

v.                                                CV No. 19-03 SMV/CG

PECOS VALLEY OF NEW MEXICO, LLC, et al.,

    Defendants.

## **ORDER SETTING EXPEDITED BRIEFING AND SETTING MOTION HEARING**

**THIS MATTER** is before the Court on Defendants' *Motion for Protective Order*, (Doc. 53), filed June 27, 2019. **IT IS HEREBY ORDERED** that the parties shall submit expedited briefing on the motion as follows:

1. Plaintiffs shall file a response to the motion no later than **Wednesday, July 3, 2019**; and

2. Defendants may file a reply in support of the motion by **Friday, July 5, 2019**.

**IT IS FURTHER ORDERED** that the Court shall hear oral argument on the motion by telephone on **Tuesday, July 9, 2019, at 2:00 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE