IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARLEY MCCULLAR, et al.,

    Plaintiffs,

v.                                                  CV No. 19-03 SMV/CG

PECOS VALLEY OF NEW MEXICO, LLC, et al.,

    Defendants.

## ORDER EXTENDING SCHEDULING ORDER DEADLINES

**THIS MATTER** is before the Court on the parties' *sua sponte* request at the August 13, 2019, status conference to extend their scheduling order deadlines by sixty days. The Court will extend the parties' deadlines as follows:

1. Defendants shall identify expert witnesses and provide expert reports by **September 15, 2019**.

2. The termination date for discovery is **November 29, 2019**.

3. Motions relating to discovery shall be filed by **December 6, 2019**.

4. Pretrial motions, other than those relating to discovery, shall be filed by **December 16, 2019**.

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiffs to Defendants on or before **January 14, 2020**; Defendants to the Court on or before **January 28, 2020**.

    IT IS SO ORDERED.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE