# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ARLEY MCCULLAR, et al.,

    Plaintiffs,

v.                                                                               CV No. 19-03 SMV/CG

PECOS VALLEY OF NEW MEXICO, LLC,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on review of the record, and having conferred with counsel about a mutually-convenient date, time, and location, **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Monday, October 7, 2019, at 2:30 p.m.**

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

                                                     _____
                                                     THE HONORABLE CARMEN E. GARZA
                                                     CHIEF UNITED STATES MAGISTRATE JUDGE