IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARLEY MCCULLAR, et al.,

    Plaintiffs,

v.                                          CV No. 19-3 SMV/CG

PECOS VALLEY OF NEW MEXICO, LLC, et al.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon counsel's communication to the Court.

**IT IS HEREBY ORDERED** that a status conference will be held by telephone on **November 5, 2019, at 2:30 p.m.**

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE