**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ARLEY MCCULLAR, et al.

    Plaintiffs,

v.                                                                               CV No. 19-3 SMV/CG

PECOS VALLEY OF NEW MEXICO, LLC, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**THIS MATTER** is before the Court on Defendant Pecos Valley of New Mexico, LLC's, and Defendant Daniel Good, M.D.'s *Unopposed Motion for Withdrawal and Substitution of Counsel* (the "Motion"), (Doc. 89), filed November 6, 2019. In the Motion, counsel move the Court to allow: withdrawal of Gregory D. Steinman and Paul M. Cash of the Madison, Mroz, Steinman & Dekleva law firm; substitution of Serpe, Jones, Andrews, Callender and Bell as counsel of record for Defendant Pecos Valley of New Mexico; and substitution of Mann Morrow, PLLC as counsel of record for Defendant Daniel Good. The Court, having reviewed the Motion, noting it is unopposed, and being otherwise fully informed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Gregory D. Steinman and Paul M. Cash be allowed to withdraw from this matter, that new counsel from Mann Morrow be allowed to enter an appearance as substitute counsel for Defendant Daniel Good, and that new counsel from Serpe, Jones, Andrews, Callender and Bell be allowed to enter an appearance as substitute counsel for Defendant Pecos Valley of New Mexico. Pursuant

to the November 5, 2019, telephonic status conference, new defense counsel shall enter notices of their appearance no later than Wednesday, November 6, 2019.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE