IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARLEY MCCULLAR, et al.,

    Plaintiffs,

v.                                              CV No. 19-3 SMV/CG

PECOS VALLEY OF NEW MEXICO, LLC, et al.,

    Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon conferring with counsel.

**IT IS HEREBY ORDERED** that the settlement conference scheduled for **Tuesday, November 19, 2019, at 9:00 a.m.**, in the United States Historic Courthouse in Albuquerque, New Mexico, is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE