IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARLEY MCCULLAR, et al.,

    Plaintiffs,

v.                                                                                 CV No. 19-3 SMV/CG

PECOS VALLEY OF NEW MEXICO, LLC, et al.,

    Defendant.

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO DEPOSE DEFENDANTS' EXPERT

**THIS MATTER** is before the Court on Plaintiffs' *Motion to Extend Discovery Deadline to Depose Defendants' Expert David Tanzer, M.D.* (the "Motion"), (Doc. 99), filed November 27, 2019. The Court, having considered the Motion and noting it is unopposed, finds the Motion shall be **GRANTED**.

The deadline for Plaintiffs to depose Defendants' expert David Tanzer, M.D., is hereby extended to **February 21, 2020**. The deadline for Plaintiffs to file any motions regarding Dr. Tanzer's testimony, including any motions filed under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and its progeny is hereby extended to **March 6, 2020**. Nothing in this Order shall be construed to modify any other existing deadlines.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE