# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ARLEY MCCULLAR, et al.,

    Plaintiffs,

v.                                                                                     CV No. 19-3 SMV/CG

PECOS VALLEY OF NEW MEXICO, LLC, et al.,

    Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

At the settlement conference held on Thursday, February 6, 2020, the parties reached a negotiated resolution in this matter.

**IT IS THEREFORE ORDERED** that closing documents are due to the Court no later than **Friday, March 6, 2020**, absent a request showing good cause for an extension.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE